UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Joseph Garris,<br>　　　　　Debtor,<br>Joseph Garris,<br>　　　　　Movant,<br><br>　　vs.<br>No Respondents, | Case No. 23-20811 CMB<br>Chapter 13<br>Docket document No. 32<br>Related to Docket Nos. 28, 29<br>Related to Claim No. 5<br>Hearing Date: July 13, 2023 @ 1:30 PM<br>Response Date : June 26, 2023 |

OBJECTION TO CLAIM 5 OF ALBERT T. MAGNONE

The undersigned hereby certifies that, as of July 6, 2023 no answer, objection, or other responsive pleading to Debtor's Objection to Claim No. 5 filed at Docket Document 28 and served on June 8, 2023 at Docket Document 28 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed July 6, 2023 at approximately 12:05 PM and no answer to it appears thereon.  Pursuant to the Order Setting Hearing filed on June 8, 2023 at Docket Document No.29 objections to the Debtor's Objection to Claim No. 5 were to be filed and served no later than June 26, 2023. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 28 is granted.

July 6, 2023

　　　　　　　　　　　　　　　　　　　　　Resepectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Justin P. Schantz
　　　　　　　　　　　　　　　　　　　　　Justin P. Schantz, Esq.
　　　　　　　　　　　　　　　　　　　　　Counsel for the Debtor
　　　　　　　　　　　　　　　　　　　　　PA.I.D.No. 210198
　　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　　LAW CARE
　　　　　　　　　　　　　　　　　　　　　324 South Maple Ave.
　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　　(724)-837-2320
　　　　　　　　　　　　　　　　　　　　　Fax: (724)-837-0602
　　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us