**PROCEEDING MEMO**

**Date: 07/13/2023 01:30 pm**

In re:   Joseph Garris

        Bankruptcy No. 23-20811-CMB
        Chapter: 13
        Doc. # 28

Appearances:   Justin Schantz, Esq.
                Ronda Winnecour, Trustee

Nature of Proceeding: # 28 Objection to Claim of Albert T. Magnone
                      At claim number 5.

Outcome:  Hearing held.  Order to be entered.

        Carlota Böhm
        U.S. Bankruptcy Judge

FILED
7/14/23 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA