UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph  Garris                          CHAPTER: 13
1340 West Pittsburgh St                 CASE NUMBER: 23-20811
Scottdale, PA 15683                     CLAIM AMOUNT: $926.38


Debtors.

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 6/23/2023, in the amount of $926.38.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 25th day of July, 2023.


Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Joseph  Garris |
|  | 1340 West Pittsburgh St |
|  | Scottdale, PA 15683 |
| | |
| Debtor's Attorney: | Justin  Schantz |
|  | 324 S Maple Ave |
|  | Greensburg, PA 15601-3219 |
| | |
| Chapter 13 Trustee: | Ronda J. Winnecour |
|  | 600 Grant St Ste 3250 |
|  | Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 25th day of July, 2023.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314