Certificate Number: 05781-PAW-DE-037628670

Bankruptcy Case Number: 23-20811



05781-PAW-DE-037628670

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2023, at 7:02 o'clock PM PDT, Joseph Garris completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 27, 2023

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President