UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Joseph Garris,<br>                    Debtor | 23-20811-CMB<br>Chapter 13 |
| Joseph Garris and Rhonda Winnecour<br>Chapter 13 Trustee<br>                    Movant,<br><br>                V.<br>#1 Cochran of Monroeville           Respondents | Docket document No. 52<br>Related to DD No. 51 |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 30th day of October 2023, I served a copy of the Order to Pay Trustee Pursuant to Wage Attachment, form 12 and this Certificate of Service on the following parties via the following methods:

**Service by United States First Class Mail:**

#1 Cochran of Monroeville
Attn: Payroll Administrator
4520 William Penn Highway
Monroeville, PA 15146

**Service by Electronic Notification:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**EXECUTED ON: October 30, 2023**     By: /s/Justin P. Schantz
                                                                Justin P. Schantz, Esq.
                                                                David A. Colecchia and Associates
                                                                324 S. Maple Ave.
                                                                 Greensburg, PA 15601
                                                                 724-837-2320
                                                                 PA ID  210198
                                                                **jschantz@my-lawyers.us**